IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY COSON,

      Plaintiff,

  v.

DIANE FEINSTEIN, et al.

      Defendants.
_____/

No. 13-80036 CW

ORDER CLOSING CASE

    Plaintiff Gary Coson has filed a "Notice to Appear on Federal Question" (Docket No. 1) and a "Notice of Intent to Enforce Notice to Appear" (Docket No. 3). However, Plaintiff has not filed a complaint. To begin a lawsuit, he must file a complaint, explaining his legal claims to the Court. A blank complaint form and helpful instructions regarding writing and filing a complaint are attached to this order. Plaintiff must also pay the civil case filing fee of $350 or, if he cannot afford to pay, he must file an Application to Proceed In Forma Pauperis. A blank copy of the Application to Proceed In Forma Pauperis is attached. In his filings to date, Plaintiff states that he intends to file various "Oral Motions." However, all motions must be made in writing and may only be made after he begins a lawsuit by filing a complaint.

Plaintiff may also find it helpful to read the Handbook for Pro Se Litigants available on the District's website at: http://cand.uscourts.gov/filelibrary/9/Pro%20Se%20Handbook%20June%202012.pdf.

For the reasons stated above, the Court will close this case. If Plaintiff files a complaint and attaches a copy of this order to the complaint, the Court will credit the $46 miscellaneous action filing fee toward the $350 civil case filing fee.

IT IS SO ORDERED.

Dated: 4/8/2013

CLAUDIA WILKEN
United States District Judge