IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY COSON,　　　　　　　　　　　　　　　　No. 13-80036 CW

　　　　Plaintiff,　　　　　　　　　　　　ORDER

　　v.

DIANE FEINSTEIN, et al.

　　　　Defendants.
_____/

　　　Plaintiff Gary Coson has filed a "Notice to Appear" (Docket No. 6) and a "Demand for Answers" (Docket No. 7) in the above captioned case.  However, the Court entered an order closing this case on April 8, 2013.  In that order, the Court explained, to begin a lawsuit, Plaintiff must file a complaint, explaining his legal claims to the Court.  The Court provided information about how to file a complaint, the filing fee for a civil case and how to apply to proceed in forma pauperis if Plaintiff cannot afford to pay the filing fee.

　　　To date, Plaintiff has not filed a complaint, paid the filing fee, or filed an application to proceed in forma pauperis.  Instead, he continues to file "Notices to Appear," demanding hearings before the Court.  As previously stated, in order to seek

relief from the Court, Plaintiff must first file a complaint. After his complaint is filed, any motions must be made in writing.

Plaintiff is advised that there will not be a hearing on October 4, 2013 at 5:00 P.M.

IT IS SO ORDERED.

Dated: 10/7/2013

CLAUDIA WILKEN
United States District Judge

2